AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# United States District Court
for the
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> VS. ) <br> ) <br> KIM WALKER_____) | Case No. 8:04-CR-343-T-24MSS <br> USM No. 42249-018 |

Date of Previous Judgment: May 5th, 2005

James W. Smith, III, AFPD
Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C.§ 3582(c)(2)

Upon motion of the Defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive the United States Sentencing Commission pursuant to 28 U.S.C.§ 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is :

GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of One hundred thirty (130) months **is reduced to ONE HUNDRED TWENTY (120) MONTHS.** This Order is subject to the prohibition contained within USSG§ 1B1.10(b)(2)(C). In no event may the reduced term of imprisonment be less than the term of imprisonment the defendant has already served.

**I.   COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: __23__         Amended Offense Level: __21__
Criminal History Category: __IV__       Criminal History Category: __IV__
Previous Guideline Range: __70__ to __87__ months   Amended Guideline Range: __60__ to __71__ months

**II.   SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

The reduced sentence is within the amended guideline range. The Court imposed a sentence at the low end of the applicable guideline range. The low end is the minium mandatory of sixty (60) months.

**III.   ADDITIONAL COMMENTS**

This sentence reflects a sentence of sixty (60) months on Count II followed by the mandatory consecutive five (5) year term on Count III.

Except as provided above, all provisions of the judgment dated May 5th, 2005, shall remain in effect.
**IT IS SO ORDERED.**

Order Date:     April 8th, 2008

Effective Date:  April 18th, 2008

SUSAN C. BUCKLEW
United States District Judge